202 U.S. 614
 26 S.Ct. 767
 50 L.Ed. 1172
 FRANCISCO DONES, Appellant,
v.
JOSE URRUTIA, Warden of the Penitentiary of Porto Rico.
 No. 685.
 Supreme Court of the United States
 May 28, 1906
 
 1
 Messrs. Frederic D. McKenney and J. Spalding Flannery for appellant.
 
 
 2
 The Attorney General and the Solicitor General for appellee.
 
 
 3
 Final order affirmed with costs. Act April 12, 1900 (31 Stat. at L. 77, chap. 191, §§ 15, 33, 34, 35); Ortega v. Lara, 202 U. S. 339, 50 L. ed. ——, 26 Sup. Ct. Rep. 707; Perez v. Fernandez, 202 U. S. 80, 50 L. ed. ——, 26 Sup. Ct. Rep. 561; Porto Rican Laws & Code of Civ. Proc. 1904, pp. 103, 104, 110; Ex parte Ward, 173 U. S. 454, 43 L. ed. 765, 19 Sup. Ct. Rep. 459; United States v. Bellingham Bay Boom Co., 176 U. S. 214, 44 L. ed. 440, 20 Sup. Ct. Rep. 343.